UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: 05-10-01S** **June 1, 2005**

**TITLE: USA V. LUIS TOBAL-ALMONTE**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**INTERPRETER: ANA CECILIA ROSADO**

**IN COURT: 2:11 p.m.-[illegible]**

---

**COUNSEL PRESENT: Government [illegible]**
**Defendant Kevin Fitzgerald, Esquire**

**<u>RE: Continuation of Defendant's Motions to Suppress Statements</u>**

**<u>Proceedings</u> - All counsel of record present; Defendant present; Witness #1 sworn; DX by Attorney Rogers; CX by Attorney Fitzgerald; Witness #2 Sworn; DX by Attorney Rogers; CX by Fitzgerald; W-1 RCX by Attorney Fitzgerald; Court will issue a Bench Decision on Tuesday, June 7, 2005 at 9:00 a.m.; Defendant to remain in custody.**