AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Luis Tobal Almante

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR 05-10-S

| PRESIDING JUDGE | GOVT ~~PLAINTIFF'S ATTORNEY~~ | DEFENDANT'S ATTORNEY |
|---|---|---|
| William Smith | Mary Rogers | Kevin Fitzgerald |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/1/05 | Anne Clayton | DJB |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1 Agent Justin Bowers |
| | | | | | W-2 Agent Michael Moorehead |
| 11 | | 6/1/05 | | Full | Copy of Disk (CD) |
| 12 | | 6/1/05 | | Full | Waiver of Initial Appearance before the Magistrate Judge |

include a notation as to the location of any exhibit not held with the case file or not available because of size.