UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Cr. No. 05-010-01S |
| | : | |
| LUIS TOBAL-ALMONTE | : | |

**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION TO SUPPRESS STATEMENTS**

Comes now the United States of America, by and through its attorneys Robert Clark Corrente, United States Attorney, and Assistant United States Attorneys Mary E. Rogers and Adi Goldstein, and files this objection to Defendant's Motion to Suppress Statements for reasons stated in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey for
MARY E. ROGERS
Assistant U.S. Attorney

James H. Leavey for
ADI GOLDSTEIN
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on the 31st day of May, 2005, a copy of the within Government's Objection and Memorandum in Opposition to Defendant's Motion to Suppress Statements was mailed, postage prepaid, to Kevin Fitzgerald, Assistant Federal Defender, 10 Weybosset Street, Suite 300, Providence, RI 02903.