**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 05-10-01S** **June 7, 2005**

**TITLE: USA V. LUIS TOBAL-ALMONTE**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT [illegible]E CLAYTON**

**INTER[illegible] AN[illegible] ROSADO**

**IN COURT: 9:06 a.m. [illegible]**

---

**COUNSEL PRESENT: Go[illegible]**
**D[illegible] K[illegible] Fitzg[illegible], [illegible]ire**

**<u>RE: Bench Decision on Deft's Motion t[illegible]ress [illegible]tements</u>**

**<u>Proceedings</u> - All counsel of record present; Defendant present; Court denies the defendant's Motion to Suppress Statements.**