UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR NO. 05-10-01S
)
LUIS TOBAL ALMONTE )

---

**MOTION TO CONTINUE TRIAL CALENDAR**

NOW COMES the defendant, Luis Tobal Almonte, through counsel and moves for a thirty (30) day continuance in this matter so as to allow counsel to consider a possible disposition of this case that is in the defendant's best interest. Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 (h)(8)(A), the ends of justice served by this request outweigh the interest of the defendant and the public speedy trial. The government has no objection to this motion.

LUIS TOBAL ALMONTE
By his Attorney,

EDWARD C. ROY
Assistant Federal Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 25th day of August, 2005, I hand-delivered a true copy of the within motion to Mary E. Rogers, AUSA, Office of the United States Attorney, 50 Kenned Plaza, 8th Floor, Providence, RI 02903.