UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

SCANNED

# CLERK'S MINUTES

**CASE NUMBER: CR05-10-01S** **September 26, 2005**

**TITLE: USA V. LUIS TOBAL ALMONTE**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: JOE FONTES**

**INTERPRETER: ANA-CECILIA ROSADO**

**IN COURT: 10:12 a.m. - 11:05 a.m.**

---

**COUNSEL PRESENT: Government - Adi Goldstein, Mary Rogers, AUSA**
**Defendant - Kevin Fitzgerald, Esquire**

**RE: Change of Plea Hearing**

**Proceedings: All counsel of record present; Defendant present; Defendant sworn; waiver read; Government summarizes the terms of the plea agreement; Defendant agrees to the terms of the plea agreement; Government sets forth the elements and the facts of this case and what they could prove if this matter were to go to trial; Defendant agrees to the elements and the facts of this case; Defendant pleas guilty to Counts 1 through 9; Court finds the defendant fully competent and accepts the plea of guilty; Sentencing set for Friday, January 20, 2006 at 9:30 a.m.; Defendant remanded into custody.**