**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR NO. 05-10-01S** |
| | ) | |
| **LUIS TOBAL ALMONTE** | ) | |

---

## MOTION TO CONTINUE SENTENCING

NOW COMES the defendant, Luis Tobal Almonte, through counsel and moves for a thirty (30) day continuance in this matter so as to allow for further negotiations with the government in reference to potential sentencing recommendations. The government has no objection to the granting of this motion.

LUIS TOBAL ALMONTE
By his Attorney,

KEVIN J. FITZGERALD
Assistant Federal Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 10th day of January 2006, I hand-delivered a true copy of the within motion to Mary E. Rogers, AUSA, Office of the United States Attorney, 50 Kenned Plaza, 8th Floor, Providence, RI 02903; Office of the Probation Officer, Exchange Terrace, Providence, RI 02903.