UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR05-0010-01T |
| | ) | |
| LUIS TOBAL-ALMONTE | ) | |

---

## MOTION FOR SENTENCE CONSIDERATION

Now comes Luis Tobal-Almonte, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to Local Rule of Criminal Procedure 32 (2006), to consider and impose a sentence that is sufficient, but not greater than necessary, in compliance with18 U.S.C. § 3553(a). In *United States v. Booker*, 543 U.S. 220, 125 S. Ct. 738 (2005), the Supreme Court struck down the mandatory element of the sentencing guidelines, rendering them advisory only. 125 S. Ct. at 755-56. The Court must now sentence Mr. Tobal-Almonte pursuant to 18 U.S.C. § 3553(a) in a reasonable manner. *Id.* at 765-68. After considering all the appropriate information present in this case, the Court should impose the mandatory minimum sentence of 120 months. Any longer sentence would be more than necessary to comply with 18 U.S.C. § 3553(a).

Respectfully Submitted
Luis Tobal-Almonte,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

Certification

I hereby certify that I caused this motion to be delivered to AUSA Mary Rogers, 50 Kennedy Plaza, 8th Floor, Providence 02903, and USPO Dennis Jenkins, 36 Exchange Terrace, Providence 02903, on this the 24th day of March, 2006.