UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR05-0010-01T S
)
LUIS TOBAL-ALMONTE )

## MOTION TO CONTINUE SENTENCING

Now comes Luis Tobal-Almonte, the Defendant in the above captioned matter, by and through his counsel, and moves this Honorable Court to continue his sentencing from March 31, 2006, for a period of 30 days. The Defense requests this continuance as we continue to work with the government to resolve the last issues relevant to sentencing. The government has no objection to this motion.

GRANTED
William E. Smith
U.S. District Judge
3/30/06

Respectfully Submitted
Luis Tobal-Almonte,
By and through his counsel

Kevin J. Fitzgerald
Assistant Federal Defender

## Certification

I hereby certify that I caused this motion to be delivered to AUSA Mary Rogers, 50 Kennedy Plaza, 8th Floor, Providence 02903 and to USPO Dennis Jenkins, 36 Exchange Terrace, Providence 02903 on this the 24th day of March, 2006.