**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR NO. 05-10-01S** |
| | ) | |
| **LUIS TOBAL ALMONTE** | ) | |

---

## NOTICE OF APPEAL

NOW COMES the defendant, Luis Tobal Almonte, and hereby notices to the First Circuit the appeal of his sentence imposed on July 28, 2006.

LUIS TOBAL ALMONTE
By his Attorney,

KEVIN J. FITZGERALD
Assistant Federal Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

## CERTIFICATION

I hereby certify that on this 31st day of ~~April~~ July 2006, I hand-delivered a true copy of the within motion to Mary E. Rogers, AUSA, Office of the United States Attorney, 50 Kenned Plaza, 8th Floor, Providence, RI 02903.