UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

August 8, 2006

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: USA v. Luis Tobal Almonte
CR05-10-01S

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court
Doreen Baldinelli
Doreen L. Baldinelli
DEPUTY CLERK

ENC: Certified Docket, PSR