MANDATE

# United States Court of Appeals
## For the First Circuit

05-00010
Rhode Island
W. Smith

No. 06-2152

UNITED STATES

Appellee

v.

LUIS TOBAL ALMONTE, a/k/a Henry Lopez, a/k/a Manny

Defendant - Appellant

**JUDGMENT**

Entered: December 13, 2006
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Attorney Tamara A. Barney's motion to withdraw as appellant's counsel is granted.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Jennifer Gallardo
Deputy Clerk

Date: 12.13.06

[cc: Luis Tobal Almonte, Tamara A. Barney, Esq., Mary E. Rogers, AUSA, Donald Lockhart, AUSA]