USA
Plaintiff

VS: CR05-10-01S

Luis Tobal Almonte
Defendant

# EXHIBIT RECEIPT

Government exhibits 9, 10, 11 and 12

Attorney

Deputy clerk

FILED
2007 MAR 22 A 10:43
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND