```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF RHODE ISLAND
```

UNITED STATES OF AMERICA        :
                                :
    vs.     :           CR No. 05-010-S
                                :
LUIS TOBAL ALMONTE              :

### ORDER

Luis Tobal Almonte has filed a motion for Reduction of Sentence in the above matter. The motion purports to seek relief under certain amendments to the United States Sentencing Guidelines that became effective on November 1, 2010. The motion also seeks consideration for a downward departure or a variant sentence.

The Government is hereby ORDERED to file a response to this motion (1) clarifying what relief, if any, may be available to Almonte under the 2010 Guideline Amendments or otherwise and (2) stating its position as to that relief. Such response shall be filed on or before **March 18, 2011**.

IT IS SO ORDERED:

*/s/ William E. Smith*
William E. Smith
United States District Judge
Date: February 11, 2011